Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE NICKELSON, | Case No. 09-CV-02320-WBS-KJM |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff CHRISTINE NICKELSON and Defendant NCO FINANCIAL SYSTEMS, INC., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 45 days.

///

///

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 25, 2010, for filing dispositional documents.

Dated: December 11, 2009        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Sondra R. Levine*

_____
Sondra R. Levine
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: December 11, 2009        KROHN & MOSS, LTD

*/s/ Ryan Lee*

_____
Ryan Lee
Attorney for Plaintiff Christine Nickelson