UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINE NICKELSON, | ) | Case No.  09-CV-02320-WBS-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING JOINT |
| vs. | ) | STIPULATION AND MOTION TO |
| | ) | DISMISS ENTIRE ACTION WITH |
| NCO FINANCIAL SYSTEMS, INC., | ) | PREJUDICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: January 4, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE